UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| JOHNNY WADE TURNER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 3:23-cv-0253-SKL |
| | ) |
| MARTIN O'MALLEY, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## **JUDGMENT**

Pursuant to and consistent with the Agreed Order of Remand Under Sentence Four of 42 U.S.C. § 405(g) [Doc. 19], this action is **DISMISSED**.

s/ LeAnna R. Wilson
LeAnna R. Wilson
CLERK OF COURT